THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX,<br><br>               Plaintiff,<br><br>    v.<br><br>MIRA NARKIEWICZ, *et al.*,<br><br>               Defendants. | CASE NO. C19-1486-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte*. The Court recently entered an order granting Mr. Cox a 30-day extension to object to Magistrate Judge Peterson's report and recommendation and denying Mr. Cox's request that the Court appoint counsel and order Stafford Creek to provide Mr. Cox with a personal copy of the Federal Rules of Civil Procedure. (*See* Dkt. No. 37.) These rulings were premised, in part, on the Court's understanding that Mr. Cox had access to the Stafford Creek Law Library. (*See id.* at 3.) A few hours after that order was issued, Mr. Cox filed another motion to appoint counsel in which he alleges that he "has no access to legal materials of any kind" and that the "building the law library is housed in" has been closed for "over two months." (Dkt. No. 38 at 1–2.)

       As a result, the Court finds good cause to further EXTEND Mr. Cox's deadline to object to the report and recommendation until February 26, 2021. In the meantime, the Court DIRECTS Defendants to address in their response to Mr. Cox's motion: (1) whether the Stafford Creek Law

Library has been closed for over two months, (2) if so, whether Stafford Creek made alternative arrangements for inmates to access legal materials or denied them access to legal materials entirely, (3) if so, when inmates had access to legal materials during that time, (4) whether Mr. Cox *currently* has access to legal materials, including the Federal Rules of Civil Procedure, (5) if Mr. Cox does not currently have access to legal materials, when Stafford Creek expects his access to be restored, and (6) Defendants' views on a deadline by which Mr. Cox can be reasonably expected to object the report and recommendation in light of the access to legal materials he has been afforded.

DATED this 29th day of January 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE