THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX,<br><br>          Plaintiff,<br><br>   v.<br><br>MIRA NARKIEWICZ, *et al.*,<br><br>          Defendants. | CASE NO. C19-1486-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Cox's motion for extension of time to object to the Report and Recommendation (Dkt. No. 44). Mr. Cox requests that the Court extend his deadline to object to the R&R until April 30, 2021. (*Id.* at 2.) The Court's previous order already extended the deadline until April 30, 2021. (Dkt. No. 43 at 2.) Therefore, the Court DENIES the motion as moot.

DATED this 24th day of March 2021.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Paula McNabb
                                                  Deputy Clerk