THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX, | CASE NO. C19-1486-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIRA NARKIEWICZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Cox's motion for extension of time to object to the Report and Recommendation (Dkt. No. 46). Mr. Cox requests that the Court extend his deadline to object to the R&R until May 31, 2021. (*Id.* at 3.) Defendants do not oppose. (Dkt. No. 47 at 1.) Thus, having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Mr. Cox's deadline to object to the Report and Recommendation until May 31, 2021.

Because Mr. Cox's motion is unopposed, the Court need not address the parties' varying contentions regarding Mr. Cox's access to the Law Library. Should Mr. Cox seek an additional extension, and should Defendants oppose that request, the Court will scrutinize Mr. Cox's access to the Law Library in more depth. Mr. Cox requests that the Court advise what the Court

"considers meaningful access" to legal materials. (Dkt. No. 46 at 3.) The Court will not issue an advisory opinion on that matter in a motion for extension of time to object to the R&R. If Mr. Cox believes that he has been unconstitutionally denied access to legal materials, he must address that issue in a separate proceeding. *See Bounds v. Smith*, 430 U.S. 817 (1977); *Lewis v. Casey*, 518 U.S. 343 (1996).

DATED this 10th day of May 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk
