THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX, | CASE NO. C19-1486-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIRA NARKIEWICZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Cox's motion for extension of time to object to the Report and Recommendation (Dkt. No. 51). Mr. Cox requests that the Court extend his deadline to object to the R&R until June 30, 2021. (*Id.* at 3.) Defendants do not oppose. (Dkt. No. 52 at 1.) Thus, having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Mr. Cox's deadline to object to the Report and Recommendation until June 30, 2021.

DATED this 8th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk

MINUTE ORDER
C19-1486-JCC
PAGE - 1