UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX, <br><br> Plaintiff, <br><br> v. <br><br> MIRA NARKIEWICZ, *et al.*, <br><br> Defendants. | CASE NO. C19-1486-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Cox's motion for extension of time to object to the Report and Recommendation (Dkt. No. 54). Mr. Cox requests that the Court extend his deadline to object to the R&R until July 30, 2021. (*Id.* at 2.) Defendants do not oppose. (Dkt. No. 55.) Thus, having considered the motion and the relevant record and finding good cause, the Court GRANTS the motion and EXTENDS Mr. Cox's deadline to object to the Report and Recommendation until July 30, 2021.

DATED this 28th day of June 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk