THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX, | CASE NO. C19-1486-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIRA NARKIEWICZ, *et al.*, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Mr. Cox's motion for extension of time to object to the Report and Recommendation (R&R). (Dkt. No. 57.) Mr. Cox requests a 30-day extension of his deadline to object to the R&R. (*Id.*) Defendants do not oppose. (Dkt. No. 58.) Having considered the relevant record and finding good cause, the Court GRANTS the motion (Dkt. No. 57) and EXTENDS the deadline for Mr. Cox's objections to the R&R until August 25, 2021.

DATED this 16th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-1486-JCC
PAGE - 1