THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX, | CASE NO. C19-1486 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIRA NARKIEWICZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Mr. Cox requests that the deadline for his objections to the Report and Recommendation (R&R) be extended to October 1. (Dkt. No. 60.) Defendants do not oppose the request but rightly point out that Mr. Cox has received numerous extensions to date. (Dkt. No. 58.) A party typically has 14 days to serve objections to a magistrate judge's R&R. *See* Fed. R. Civ. P. 72. Mr. Cox's objections to the R&R in this matter were originally due December 2020. (*See* Dkt. No. 29.) Since then, Mr. Cox has received eight extensions of time, pushing his response deadline back as many months. (*See* Dkt. Nos. 34, 37, 39, 43, 50, 53, 56, 59.)

The Court finds good cause and GRANTS the motion (Dkt. No. 60) and EXTENDS the deadline for Mr. Cox's objections to the R&R until October 1, 2021.

It is further ORDERED that within 14 days of the date of this Order, Mr. Cox must file a

status report informing the Court as to (1) what progress he has made so far during the extra time he has had to work on his objections, (2) how much work Mr. Cox believes there is left for him to do, and (3) a date certain by which Mr. Cox estimates he will be able to file his objections to the R&R.

DATED this 3rd day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk