THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHN LESTER COX, | CASE NO. C19-1486 JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MIRA NARKIEWICZ, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The history of numerous continuances in this case is set forth in this Court's September 3, 2021 order on one of Mr. Cox's requests for extensions of time. (Dkt. No. 62.) Mr. Cox has had nearly ten months to draft an objection that most parties have two weeks to prepare. (*See id.*) Accordingly, the Court directed him to submit a statement updating the Court as to his progress and estimating a date certain for his objection to the R&R. (*Id.* at 2.)

Mr. Cox filed another motion for an extension of time, seeking to have his deadline moved to October 29, 2021. (Dkt. No. 63 at 6.) He states that he is "approximately half finished" with his objection to the R&R (*id.* at 5), but he failed to provide an estimate for when he will be ready to file. The Court will grant Mr. Cox's requested continuance and will give him an additional 14 days on top of that. But there will be no further extensions.

MINUTE ORDER
C19-1486 JCC
PAGE - 1

Accordingly, it is hereby ORDERED that Mr. Cox's objection to the R&R is due November 12, 2021. His objection will be deemed untimely if not submitted on or before that date. There will be no further continuances.

DATED this 28th day of September 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C19-1486 JCC
PAGE - 2